IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 06- 126 |
| EDDY LORA, a.k.a Luis Perry | ) ) REDACTED |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about November 1, 2006, in the State and District of Delaware, Defendant Eddy Lora, a.k.a Luis Perry, an alien and subject of the Dominican Republic, was found in the United States, after having been removed therefrom on or about February 28, 2000, at or near New York, New York, following his conviction for an aggravated felony, and defendant was knowingly in the United States unlawfully, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Secretary of Homeland Security expressly consented to Defendant's reapplying for admission to the United States; in violation of 8 U.S.C. § 1326(a) & (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*Robert F. Kravetz*
Robert F. Kravetz
Assistant U.S. Attorney
Dated: November 28, 2006

DtM FOR RFK 11/16/06