IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. ____EDDY LORA____   CASE NO.___CR 06-126 JJF__

The defendant,___EDDY LORA_____, having been scheduled for arraignment on____NOVEMBER 23, 2006_____

and a continuance having been made by the __COURT___ for the following reason; DUE TO COURT SCHEDULING CONFLICTS__. The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued __NOVEMBER 30, 2006_____

(2) The period between___11/23/06_____ and____11/30/06____

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 12/4/06



FILED
DEC 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE