IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-126-JJF |
| | : | |
| EDDY LORA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Eddy Lora, defendant in the above-captioned case, through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, Jr., in this action on the 27th day of July, 2007, in the United States District Court, Wilmington, Delaware.

    /s/Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
302-573-6010
Email: ecf_de@msn.com
Attorney for Defendant Eddy Lora

DATED: July 30, 2007